# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-02303-REB

ARLENE MARIE GUTIERREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation To Voluntarily Dismiss the Complaint** [#16][1] filed January 26, 2016. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and this action dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Voluntarily Dismiss the Complaint** [#16], filed January 26, 2016, is approved;

2. That all pending deadlines are vacated;

3. That plaintiff's claims against defendant are dismissed with prejudice with the parties to pay their own attorney fees and costs; and

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That this case is closed.

Dated January 26, 2016, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge